UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DAVID LANNING, JR.,**
      Plaintiff,

 vs.              1:16-cv-00132
                   (MAD/DJS)

**THE CITY OF GLENS FALLS;**
**THE GLENS FALLS POLICE DEPARTMENT;**
**THE COUNTY OF WARREN;**
**THE WARREN COUNTY SHERIFF'S**
 **DEPARTMENT; THE WARREN COUNTY**
**DISTRICT ATTORNEY'S OFFICE;**
**RYAN ASHE, in his official and individual capacities;**
**and KEVIN CONINE, JR., in his official and**
**individual capacities,**
      Defendants.

___X___ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motions for judgment on the pleadings are **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 8th day of March, 2017.

DATED: March 8, 2017

                 *Lawrence K. Baerman*
                 CLERK OF COURT

                 S/ Britney Norton
                 Britney Norton, Deputy Clerk